455 A.2d 197

Ettinger v. Ettinger, Appellant.

Argued September 14, 1982. Harold F. Woelfel, Jr., for appellant; John Thomas Robinson, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Order affirmed.

455 A.2d 197

Herster, Appellant v. English.

Argued April 26, 1982. Paul D. Shafer, Jr., for appellant; David Goodwin, for appellee.

Before BECK, MONTEMURO and POPOVICH, JJ.

Order affirmed.